UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In the matter of:

Alan Granader,

Debtor.   /

Case No. 11-43076-MBM
Chapter 7
Hon. Marci B. McIvor

**ORDER DENYING GRANT'S MOTION TO REOPEN**

For reasons set forth in the Supplemental Opinion Denying Creditor Judith Grant's Motion to Reopen issued on July 22, 2015;

IT IS HEREBY ORDERED that Grant's Motion to Reopen is DENIED.

Signed on July 22, 2015

/s/ Marci B. McIvor
Marci B. McIvor
United States Bankruptcy Judge